**172** HAMILTON vs. CIRCUIT° JUDGE (Wayne), 52 M., 409.

To reinstate an appeal from a judgment rendered by a justice, which had been dismissed because the affidavit for the appeal was not signed nor sworn to.

Granted January 23, 1884.

Held, that the affidavit must be treated as defective under How. Stat., Sec. 7020; that the court should have permitted a perfect affidavit to be filed, if needful to sustain the appeal, but it was not needful after the appellee had appeared and noticed the case for trial, the defect being thereby waived.

**173** BROWER ET AL. vs. CIRCUIT JUDGE (Wayne), 1 M., 359.

To vacate an order dismissing an appeal from a judgment of a justice of the peace.

Denied 1850.

The order of dismissal is a judgment that may be reviewed within the meaning of Laws 1849, Sec. 67, p. 288.

A mandamus will be allowed to set an inferior court in motion, but not for the purpose of requiring the court to come to any particular conclusion, or retrace its steps where it has already acted.

**174** KEAL vs. CIRCUIT JUDGE (Wayne), 36 M., 331.

To compel respondent to reinstate an appeal from a judgment by a justice of the peace, where the appeal had been dismissed because only one of several co-defendants had appealed.

Granted April 18, 1877.